IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COOK DRILLING CORPORATION,**<br>Plaintiff,<br>v.<br>**HC CONSTRUCTORS, INC.,**<br>Defendant. | CIVIL ACTION NO. 25-5905 |

# ORDER

**AND NOW,** this 8th day of December 2025, upon consideration of Defendant's Motion to Transfer Venue [Doc. No. 13] and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying opinion.

The Clerk of Court is directed to **TRANSFER** this case to the District of New Jersey.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**